IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERBERT FLETCHER, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 3:13-CV-02090-D, and all similar presentations of this case number, e.g., -cv-, with/for this case style, as may be abbreviated to first listed parties |
| DOUGLAS SHULMAN, Comm'r, irs, and individually, | § § § | |
| STEVEN T. MILLER, Acting Comm'r, irs, and individually, | § § § | |
| BILL R. BANOWSKY, irs employee in an OGDEN, UTAH office, and individually, | § § § § | |
| WILLIAM J. WILKINS, Chief Counsel to the irs, and individually, and | § § § | |
| UNITED STATES OF AMERICA, | § § | |
| Defendants. | § | |

## FLETCHER'S STATUS REPORT – ELECTRONIC FILING

**Assertion of Rights**

Since this present "governmental" system is not restricted by its design, the only rights that exist are those asserted individually. Thus, FLETCHER asserts all his unalienable rights, privileges, and immunities at Natural Law, Common Law, and Maritime Law, and all his commercial rights relevant to "this state." In particular, as seen via the "doj" and "irs" references, which are economic statements, no "capitalization," FLETCHER asserts his "right (not) to contract"

---

Status Report – Electronic Filing ("Round 3") (FLETCHER)   1
**No Commercial Nexus**

throughout, for in that is the one true limit that exists on this totally out-of-control "federal," as in Monte Hall's, "Let's Make A Deal!", as in "by agreement," system.

**Objection to Non-judicial Decision-makers**

*Gonzalez v. United States*, 553 U.S. 242 (May 12, 2008) ("**If the parties consent ....**") (construing 28 U.S.C. § 636(b)). FLETCHER doesn't consent.

**Objection to use of private law**

FLETCHER objects to the use of unpublished cases (to which he's not a party). A cite to "WL" or "Lexis" is a reference to materials not publicly accessible. For such references even to begin to be meaningful, a full copy of the opinion for each "WL" or "Lexis" reference must be attached.

**Status Report – Electronic Filing**

One of the recent documents from the court suggested getting signed up for electronic filing within 14 days. FLETCHER does not count himself among the Steve Jobs or Bill Gates level of computer savvy folks in this nation. More to the other end, if there were a 10-year-old in the house available to assist, that would probably render that aspect possible to achieve.

The concept of electronic filing by *pro se* litigants is terrific! However, having looked into that matter far enough to find no comfortable starting place on even getting signed up, if this matter isn't going to be substantially altered by traditional, hard-copy submission, FLETCHER would prefer to use that method.

Not in any way to say that FLETCHER has totally given up on getting signed up. It's just that it hasn't happened yet; the deadline is approaching quickly; and getting signed up is not likely to happen in the near future.

Respectfully submitted,

/s/ Herbert Fletcher
HERBERT FLETCHER
808 9th Street
Terrell, Texas  75160

## CERTIFICATE OF SERVICE

By my signature below, I certify that on this the 19th day of June, 2013, I have served on the following a true and correct copy of this Status Report by certified mail or by 3-day or faster delivery:

SARAH R. SALDAÑA, U.S. Atty.
via RAMONA S. NOTINGER
doj, tax division
717 N. Harwood, Suite 400
Dallas, TX  75201

/s/ Herbert Fletcher
HERBERT FLETCHER